UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X     Chapter    13

IN RE:    **Maria Messias**

Case No.:

Debtor(s)     STATEMENT PURSUANT TO LOCAL RULE 2017
----------------------------------------------X

I, **Todd S. Cushner TC9658**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **March 10,2023  1.2 hours** | Initial interview, analysis of financial condition, etc. |
| **MArch 12 2023 organize docs .30**<br>**MArch 16 draft pettiton  3 hrs '**<br>**MArch th review and sign pertition 1 hr**<br>**May 3 files petition .30** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**5,500.00**__ .

Dated: **May  3, 2023**

**/s/ Todd S. Cushner**
**Todd S. Cushner TC9658**
Attorney for debtor(s)
**Cushner & Associates, P.C.**
**399 Knollwood Road**
**Suite 205**
**White Plains, NY 10603**
**(914) 600-5502 Fax:(914) 600-5544**
**todd@cushnerlegal.com**